# Exhibit 1

```
Millstream Inn
5/4/2015 1:29:11 AM
ID-4116: TORI
For Date: 5/3/2015
```

| | |
|---|---:|
| Dance Comm. | $40 |
| Cash Dances | $10 |
| Room Comm. | $8 |
| Manager Override | $ |
| Ent Comm | $58 |
| | |
| Ent Tips Claimed | $5 |
| Taxable Earnings | $63 |
| Est. Tax | $(7) |
| | |
| Ent Comm | $58 |
| Est. Tax | $(7) |
| Ent Adv. | $51 |
| Net Cash | $41 |

[Signature]

```
Millstream Inn
3/11/2015 2:06:08 AM
ID-4116: TORI
For Date: 3/10/2015

Dance Comm.                    $0
Cash Dances                   $30
Room Comm.                    $18
Manager Override               $
Ent Comm                      $48


Ent Tips Claimed              $12
Taxable Earnings              $60
_____
Est. Tax                     $(7)
_____
Ent Comm                      $48
Est. Tax                     $(7)
Ent Adv.                      $41
Net Cash                      $11
```

_____

[Signature]